JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARCINIEGA and SYLVIA ARCINIEGA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>INDYMAC BANK, REGIONAL TRUSTEE SERVICES CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1 through 10,<br><br>    Defendants.<br>_____ | Case No.: CV 09-5817 DSF (SSx)<br><br><br><br>JUDGMENT |

The Court, having previously dismissed defendants Indymac Bank and Mortgage Electronic Registration Systems, having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute as to defendant Regional Trustee Services Corporation, and plaintiff not having timely responded to the Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed with prejudice as to Indymac Bank and without prejudice as to Mortgage Electronic Registration Systems and Regional Trustee Services Corporation.

Dated: 9/21/10

*Dale S. Fischer*
Dale S. Fischer
United States District Judge